IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ANNIE C. HOLMES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   CIVIL ACTION NO. 03-0615-P-B |
| | ) |
| JO ANNE B. BARNHART, Commissioner | ) |
| of Social Security, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

In accordance with this court's Order entered this date, it is hereby ORDERED, ADJUDGED, and DECREED that petitioner Byron A. Lassiter, counsel of record for the plaintiff, is hereby AWARDED a reasonable attorney's fee in the amount of $6,472.75 pursuant to 42 U.S.C. § 406(b), for his services on plaintiff's behalf before this court.  Upon receipt of this award, petitioner shall refund to plaintiff the smaller attorney-fee award in the amount of $2,237.50, previously made in this case.  No additional costs to be taxed.

DONE the 13th day of February, 2006.

      S/Virgil Pittman
      SENIOR UNITED STATES DISTRICT JUDGE